## INDUSTRIAL COMM v ACKERMAN

Ohio Appeals, 6th Dist, Lucas Co

Decided May 27, 1935

Frank E. Calkins, Toledo, for plaintiff in error.

Yager, Bebout & Stecher, Toledo, for defendant in error.

For full opinion see 4 OO 546; 51 Oh Ap 125.